

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2020

No. 04-19-00595-CV

Rudolph **RESENDEZ**, Jr.,
Appellant

v.

**STATE** of Texas, Greg Abbott, Jesus M. Peralta, William Stephens, Sylvia A. Cortez, David Baker, and Joe Penn
Appellees

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 15-10-00236-CVK
Honorable H. Paul Canales, Judge Presiding

**ORDER**

This appeal is dismissed. For good cause, appellant is awarded the costs he incurred related to this appeal. *See* TEX. R. APP. P. 43.4.

It is so **ORDERED** on January 15, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2020.

_____
Michael A. Cruz, Clerk of Court